**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>          Plaintiff,<br>v.<br><br>**ARCHOS, INC.,** *et al*<br><br>          Defendant. | Case No. 2:14-cv-352<br><br>**CONSOLIDATED CASE** |
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>          Plaintiff,<br>v.<br><br>**VISUAL LAND INC.,**<br><br>          Defendant. | Case No. 2:14-cv-362<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF LONG CORNER CONSUMER ELECTRONICS LLC
AND DEFENDANT VISUAL LAND INC.**

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Long Corner Consumer Electronics LLC ("Long Corner") and Defendant Visual Land Inc. ("Visual Land"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Long Corner against Visual Land are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 9th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE